Justice CASTILLE files a Dissenting Statement in which Justice EAKIN joins.

Justice CASTILLE.

I respectfully dissent. *See In re Bucks County Investigating Grand Jury, Petition of Voicenet Communications, Inc., Omni Telecom, Inc., and Brian Adelson,* —— Pa. ——, 867 A.2d 1262 (Pa.2005) (Castille, J., dissenting, joined by Eakin, J.); *In re Bucks County Investigating Grand Jury, Application of Voicenet Communications, Inc., Omni Telecom Inc., Brian Adelson,* —— Pa. ——, 862 A.2d 581, 582 (Pa.2004) (Castille, J., dissenting); *In re Bucks County Investigating Grand Jury, Application of Ronald P. Power and Richard A. Sprague on Behalf of Himself and Sprague & Sprague,* —— Pa. ——, 861 A.2d 876, 876–81 (Pa.2004) (Castille, J., dissenting, joined by Eakin, J.).

Justice EAKIN joins this dissenting statement.

■

**In the Matter of Louis J. RECCHIONE**

**No. 983 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 4, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 4th day of March, 2005, Louis J. Recchione having been disbarred from the practice of law in the State of New Jersey by Order of the Supreme Court of New Jersey dated September 29, 2004; the said Louis J. Recchione having been directed on December 15, 2004, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Louis J. Recchione is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

■

**In the Matter of Rupert A. HALL, Jr.**

**No. 988 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 4, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 4th day of March, 2005, Rupert A. Hall, Jr., having been disbarred from the practice of law in the State of New Jersey by Order of the Supreme Court of New Jersey dated September 28, 2004; the said Rupert A. Hall, Jr., having been directed on December 22, 2004, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Rupert A. Hall, Jr., is disbarred from the practice of law in this

Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.